UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS M. QUAGLIA D/B/A FULL CIRCLE GLASS STUDIO, INC., <br><br> Plaintiff, <br><br> -against- <br><br> JOHN ELIAKOSTAS, ET AL., <br><br> Defendants. | 23-CV-1361 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the April 25, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 25, 2023
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge